■ The People of the State of New York, Respondent, v Andre Walker, Appellant. [805 NYS2d 398]—Appeal by the defendant from an amended judgment of the County Court, Orange County (Berry, J.), rendered July 30, 2004, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a weapon in the third degree.

Ordered that the amended judgment is affirmed.

The defendant did not appeal from the original judgment convicting him of criminal possession of a weapon in the third degree. Accordingly, on this appeal from the amended judgment, the defendant is jurisdictionally foreclosed from challenging the propriety of the original judgment (*see People v Oquendo,* 286 AD2d 740 [2001]; *People v Augustin,* 286 AD2d 442 [2001];

*People v Riddick,* 269 AD2d 472 [2000]; *People v Moore,* 261 AD2d 421 [1999]).

The defendant's valid waiver of the right to appeal (*see People v Kemp,* 94 NY2d 831, 833 [1999]; *People v Muniz,* 91 NY2d 570, 575 [1998]) precludes review of his challenge to the amended judgment (*see People v Gorovoy,* 309 AD2d 764 [2003]; *People v Bennett,* 269 AD2d 401 [2000]). H. Miller, J.P., Crane, Krausman, Rivera and Lifson, JJ., concur.